Submitted on record and briefs September 21,
appeal dismissed October 6, 1982

RAYKOVICH et al,
*Respondents,*

*v.*

WILKINSON,
*Appellant.*

(No. 16-81-11321, CA A24037)

651 P2d 747

Richard L. Gassman, Springfield, filed the brief for appellant.

David Moule and Wu & Moule, Eugene, filed the brief for respondents.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM

**PER CURIAM.**

This is an action for rescission of a contract for the sale of a business. Defendant appeals from an "interlocutory" partial summary judgment. ORCP 47C. The order appealed from is not a final appealable judgment. ORS 19.010(2)(e).

Appeal dismissed.